B. R. WALDRON & SONS CO., INC., ET AL., APPELLANTS,
v. THE MILK CONTROL BOARD OF THE STATE OF
NEW JERSEY ET AL., RESPONDENTS.

Argued February 3, 1944—Decided March 9, 1944.

For the appellants, *Edward W. Currie.*

For the respondents, *Anthony M. Hauck, Jr.,* and *Lloyd
C. Fisher.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE,
BODINE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY,
HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.